IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARK MCCLESKEY, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS, <br><br> Plaintiffs, <br><br> v. <br><br> LYNNE MEYER COMPANY, an Illinois corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) No. 1:06-cv-1787-SEB-VSS |

## JUDGMENT

Defendant, LYNNE MEYER COMPANY having failed to plead or otherwise defend in this action, and default having been entered, NOW, upon application of the Plaintiff and upon affidavit that Defendant is indebted to the Plaintiff in the sum of $14,153.36, that Defendant is not an infant or incompetent person and not in the military service of the United States, it is hereby ORDERED, ADJUDGED AND DECREED, that Plaintiff recover of Defendant the sum of $14,153.36 plus costs of this action.

Dated:  05/17/2007

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana